**2005–1154.  Muskingum Cty. Certified Grievance Commt. v. Greenberger.**
On March 8, 2006, this court suspended respondent, Bruce L. Greenberger, for two years with six months stayed on the condition that respondent repay, within thirty days of the date of the order, $400 in fees and $1,345 in costs to Evans, $400 in fees to Steed, $5,750 in fees to Higgins, $575 in fees to Guenther, and $700 in fees to Tullius, all with interest at the judgment rate. Respondent was further ordered to file proof of the restitution with this court, to file an affidavit of compliance, and to pay board costs in the amount of $1,865.20. On August 11, 2006, this court issued an order to show cause why he should not be held in contempt for failing to comply with the court's order of suspension. On August 28, 2006, respondent filed a response to the show cause order. Upon consideration thereof,

It is ordered that respondent, Bruce L. Greenberger, Attorney Registration No. 0023820, last known address in Mason, Ohio, is found in contempt for failure to comply with the court's March 8, 2006, order. It is further ordered that the previously imposed six-month stay is revoked, and respondent shall serve the entire two year suspension imposed on March 8, 2006, as a period of actual suspension.

It is further ordered that respondent shall not be reinstated to the practice of law in Ohio until (1) respondent files proof of restitution with this court and pays all costs imposed in this matter, (2) respondent complies with the requirements for reinstatement set forth in the Supreme Court Rules for the Government of the Bar of Ohio, (3) respondent complies with the Supreme Court Rules for the Government of the Bar of Ohio, (4) respondent complies with this and all other orders of the court, and (5) this court orders respondent reinstated.

It is further ordered, sua sponte, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Section.

**2005–1614.  In re Resignation of Teamor.**
It is ordered by this court, sua sponte, that Ricardo Benjamin Teamor, Attorney Registration No. 0010651, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of October 27, 2005, to wit: Failure to surrender his Certificate of Admission and file an affidavit of compliance on or before November 28, 2005.

**2005–1834.  In re Theisler.**
It is ordered by this court, sua sponte, that Charles Walter Theisler, Attorney Registration No. 0062582, last known business address in Austintown, Ohio, is found in contempt for failure to comply with this court's order of October 27, 2005, to wit: Failure to file an affidavit of compliance on or before November 28, 2005.

# MISCELLANEOUS DISMISSALS

**2006–0930.  State ex rel. Goodyear Tire & Rubber Co. v. Salmons.**
Franklin App. No. 05AP–116, 2006-Ohio-1526. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# MISCELLANEOUS ORDERS

**2004–2107.  Disciplinary Counsel v. Goetz.**
It is ordered by this court, sua sponte, that William G. Goetz is found in contempt for failure to comply with this court's order of November 16, 2005, to wit: Failure to pay the civil penalty in the amount of $30,000.00 on or before December 16, 2005.